UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNUM PROPERTY INVESTMENTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ZENAIDA AQUINDE, et al.<br><br>Defendants. | Case No.: 20cv475-LAB (MSB)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; AND**<br><br>**ORDER OF REMAND** |

Defendant Zenaida Aquinda removed this unlawful detainer action from state court, citing federal question jurisdiction and jurisdiction under 28 U.S.C. § 1443. She disclaims diversity jurisdiction, and no other basis for this Court's jurisdiction appears in the notice of removal or complaint.

Aquinda's federal defenses or counterclaims do not give rise to federal question jurisdiction. *See Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009). Aquinda seems to recognize this, and alleges that California state courts will not respect her rights. She therefore relies on § 1443 as an exception to the well-pleaded complaint rule. This statute, however, permits parties to remove otherwise unremovable actions only where the party is asserting a federal claim of race discrimination that state courts will not enforce. *See Liu v. Tan*, 2018 WL 1371252,

1

at *1 (N.D. Cal., Feb. 26, 2018) (citing *City of Greenwood, Miss. v. Peacock*, 384 U.S. 808, 824–28 (1966).)

Furthermore, a defendant seeking removal bears the burden of showing that removal proper, and the removal statute is strictly construed against removal jurisdiction. *Id.* (citing *Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1087 (9th Cir. 2009)). Conclusory allegations that state courts do not or will not respect a defendant's rights are insufficient. *Emerson v. Mitchell*, 2019 WL 1405600, slip op. at *2 (E.D. Cal., Mar. 28, 2019) (citing *Bogart v. People of State of Cal.*, 355 F.2d 377, 381 (9th Cir. 1966)).

The caption in the of removal also cites 42 U.S.C. §§ 1983 and 1985, but neither of these give rise to jurisdiction here, and the notice does not mention them except in passing.

This action is **ORDERED** remanded to the Superior Court of California for the County of San Diego. The motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: March 17, 2020

Honorable Larry Alan Burns
Chief United States District Judge